# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 16, 2019**

Mr. Anthony J. Novak
Larson King LP
30 E. 7th Street, Suite 2800
St Paul, MN 55101

Sean T. Foss
O'keeffe, O'brien, Lyson & Foss Ltd
720 Main Ave
Po Box 2105
Fargo, ND 58107-2105

Mr. Bryan P. Couch
Mr. Patrick During
Connell Foley LLP
1085 Raymond Boulevard
One Newark Center
Ste 19th Floor
Newark, NJ 07102

    Re:    *Howard Johnson International, Inc. v. NHS-Grand Forks, LLC et al*,
              3:17-cv-00046-BRW-ARS

Dear Counsel:

I have reviewed your submissions and below are the presumptive time limits for the direct examinations of your witnesses:

**Plaintiff's Witnesses**
1. Robert Spence      60 minutes
2. Michael Piccola    60 minutes

**Defendant's Witnesses**
1. Bharat Patel        60 minutes
2. Robert Thibedeau  45 minutes
3. Miranda Muscha   45 minutes
4. John Isaakson     45 minutes

The presumptive time limit for cross-examination is 20 minutes.

A rebuttal witness must be a true rebuttal witness, not someone who could have testified on direct, *i.e.*, a witness whose testimony cannot be reasonably anticipated until Defendant's evidence is presented.

Counsel for the parties are directed to "meet and confer" to determine if there is going to be a foundation objection. If so, I should be notified forthwith, with specificity.

At the end of your presumptive time limit on direct or cross-examination, that is it. I'll expect you to stop if you are in the middle of the word "if." You should have your proposed questions printed out so that, at the end of your presumptive time limit, you may approach the bench and show me the questions you didn't get to ask that you think you should get to ask. I will rule as to whether you will be allowed to ask them.

Having your proposed questions printed is crucially important so that you can show me how your examination has been bob-tailed. Also, it will probably help you pare down your questions, which is better advocacy. I realize I'm not teaching a trial ad course, but I expect rifle-shot presentations, not prolonged, unnecessary examinations of witnesses.

                                              Cordially,

                                              /s/ Billy Roy Wilson